UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CLAUDIA HILL,
    Plaintiff,

vs.

WALMART STORES, INC.
*doing business as*
SAM'S CLUB,
    Defendant.

Case No. 1:14-cv-963

Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a supplemental informal telephonic discovery conference held on June 24, 2015.

Defendant will explore the possibility of encrypting each of the two CD ROMs as a whole so that all documents on a CD ROM can be opened in one transaction. Regardless of whether defendant is successful in modifying the CD ROMs in this manner, defendant shall provide new copies of the CD ROMs and the encryption information to plaintiff on or before **July 1, 2015**. Defendant shall identify by Bates Stamp number the documents on the CD ROMs that are responsive to each request for production of documents.

**IT IS SO ORDERED**.

Date: 6/24/15

Karen L. Litkovitz
United States Magistrate Judge